IN THE MATTER OF APPOINTMENT TO THE HUDSON
COUNTY BOARD OF ELECTIONS.

February 17, 1988.

Petition for certification denied.   (See 220 *N.J.Super.* 367)

IN THE MATTER OF APPOINTMENT TO THE HUDSON
COUNTY BOARD OF ELECTIONS.

February 17, 1988.

Petition for certification denied.   (See 220 *N.J.Super.* 367)

DARLENE BARARISE v. LIONEL EHRENWORTH.

February 17, 1988.

Petition for certification denied.

TIGER LIMOUSINE SERVICES, INC. v. AIR BROOK
LIMOUSINE, INC.

February 17, 1988.

Petition for certification denied.